# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CRIMINAL NO. 2:94-CR-13-DBH** |
| | ) | |
| **GEORGE RIDDLE,** | ) | |
| **DEFENDANT** | ) | |

## ORDER ON DEFENDANT'S MOTION TO TRANSPORT

The defendant's motion for transport is **DENIED**.

In light of the allegations of the petition to revoke, the previous experience at Pharos House, and the previous evaluation by Catholic Charities, I conclude that it is better to resolve whether and, if so, in what way the defendant violated the conditions of his supervised release and determine what the penalties should be, including whether evaluation for inpatient substance abuse treatment should be a component of any further supervised release.

**SO ORDERED.**

**DATED THIS 20TH DAY OF DECEMBER, 2012**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**